Erlinda Abibas **ANIEL,**
Debtor-Appellant,

v.

Janina M. **HOSKINS, Chapter
7 Trustee,** Appellee.

No. 13-15528

United States Court of Appeals,
Ninth Circuit.

Submitted October 25, 2016 *

Filed November 04, 2016

Erlinda Abibas Aniel, Pro Se

Jean Barnier, MacConaghy & Barnier, PLC, Sonoma, CA, Monique Jewett-Brewster, Esquire, Attorney, Hopkins & Carley, San Jose, CA, for Appellee

Before: LEAVY, SILVERMAN, and GRABER, Circuit Judges.

MEMORANDUM **

Chapter 7 debtor Erlinda Abibas Aniel appeals pro se from the district court's order affirming the bankruptcy court's order denying Aniel's motion to vacate an order denying "Debtors' Requested Certifications Regarding Effect of Discharge on Secured Debts." We have jurisdiction under 28 U.S.C. § 158(d). We review de novo the decision of the bankruptcy court without deference to the district court's decision. *In re AFI Holding, Inc.*, 525 F.3d 700, 702 (9th Cir. 2008). We affirm.

Contrary to Aniel's contentions that the bankruptcy court lacked jurisdiction to enter orders in a closed bankruptcy proceeding, the bankruptcy court did not err by denying Aniel's filings without first reopening her closed bankruptcy case. *See Staffer v. Predovich (In re Staffer)*, 306 F.3d 967, 972 (9th Cir. 2002) (reopening a bankruptcy proceeding is not necessary for a bankruptcy court to exercise jurisdiction unrelated to administration).

The bankruptcy court did not abuse its discretion by denying Aniel's motion to vacate the order denying the "Certification of Debtors' Discharge" where Aniel failed to identify any basis for relief. *See* Fed. R. Bankr. P. 9024 (Fed. R. Civ. P. 60 applies to bankruptcy proceedings); *Molloy v. Wilson*, 878 F.2d 313, 315 (9th Cir. 1989) (setting forth standard of review).

Aniel's argument that the bankruptcy court's entry of the order denying the "Certification of Debtors' Discharge" vio-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

lated Aniel's due process rights is unpersuasive.

**AFFIRMED.**

Before: LEAVY, SILVERMAN, and GRABER, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.